IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **08-cv-00200-AP**

**AGNES V. OLIVAS**,

        Plaintiff,

v.

**MICHAEL J. ASTRUE**,
Commissioner of Social Security,

        Defendant.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

## 1.    APPEARANCES OF COUNSEL AND PRO SE PARTIES

For Plaintiff:

William E. Benjamin
5350 Manhattan Circle, Suite 105
Boulder, CO 80303
303-442-9005
Wbenjaminlaw@ecentral.com

For Defendant:

TROY A. EID
United States Attorney
KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
Kevin.Traskos@usdoj.gov

Debra J. Meachum
Special Assistant United States Attorney
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
(303) 844-1570
(303) 844-0770 (facsimile)
debra.meachum@ssa.gov

**2.      STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.      DATES OF FILING OF RELEVANT PLEADINGS**

    **A.  Date Complaint Was Filed:** 1/31/08
    **B.  Date Complaint Was Served on U.S. Attorney's Office:** 2/18/08
    **C. Date Answer and Administrative Record Were Filed:**   4/18/08

**4.      STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The Administrative Records appears to be complete and accurate.

**5.      STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.      STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

There are no unusual claims or defenses in this case.

**7.      OTHER MATTERS**

There are no other matters.

**8.      BRIEFING SCHEDULE**

    **A.  Plaintiffs Opening Brief Due:** June 16, 2008
    **B.  Defendant's Response Brief Due:** July 16, 2008
    **C.  Plaintiffs Reply Brief (If Any) Due:** August 4, 2008

**9.      STATEMENTS REGARDING ORAL ARGUMENT**

    **A.  Plaintiffs Statement:**  Plaintiff does not request oral argument.
    **B.  Defendant's Statement:** Defendant does not request oral argument

**10.     CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a Magistrate Judge.

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR
CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY
SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED
UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD,
AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only
upon a showing of good cause.

DATED this 9th day of May, 2008.

BY THE COURT:

*S/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

For Plaintiff:

s/ William E. Benjamin 5/8/08
William E. Benjamin
5350 Manhattan Circle, Suite 105
Boulder, CO 80303
303-442-9005
Wbenjaminlaw@ecentral.com

For Defendant:

TROY A. EID
United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
Kevin.Traskos@usdoj.gov

s/ Debra J. Meachum 5/8/08
Debra J. Meachum
Special Assistant U.S. Attorney
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
(303) 844-1570
Debra.meachum@ssa.gov

3